UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Hon. Stanley R. Chesler

        v.                        :      Crim. No. 08-176 (SRC)

PETER O. STRANNEMAR            :      O R D E R

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Peter O. Strannemar (Alfred C. DeCotiis, Esq. and William R. Lundsten, Esq., appearing) to comply with certain conditions of supervised release imposed on September 16, 2008, including a condition that he not violate any provision of federal, state, or local law; and the defendant having entered a guilty plea on June 1, 2012 to Violation Number 1, as orally amended on the record to a Grade C violation, and for good cause shown;

IT IS on this ___6___ day of June, 2012,

ORDERED that the defendant is adjudged guilty of having violated Violation Number 1, as amended to a Grade C violation;

IT IS FURTHER ORDERED that the term of supervised release is hereby continued, as previously ordered at sentencing;

IT IS FURTHER ORDERED that the defendant is hereby confined to his residence for a period of fifteen days, which period of home confinement will commence at the direction of the U.S. Probation Department, and the defendant will pay the costs associated with said home detention;

IT IS FURTHER ORDERED that the arrest warrant in this matter is vacated;

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge